Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., | Case No. CV 03-8923 CAS (MCx) |
| Plaintiff, | [Hon. Christina A. Snyder] |
| v. | [~~PROPOSED~~] JUDGMENT |
| SHENG CHEN LIN and DOES ONE through TEN, inclusive, | |
| Defendant. | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

On October 26, 2004, this Court entered an Order Granting Summary Judgment in favor of plaintiff Philip Morris USA Inc. ("Philip Morris USA") and against defendant Sheng Chen Lin ("Lin") in this matter. Based upon that Order Granting Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. That Philip Morris USA recover $4,000,000 in damages on its complaint against Lin;

2. That Philip Morris USA recover $300 for its costs of suit against Lin; and

3. That Philip Morris USA take nothing on its request for attorneys' fees, said request having been voluntarily waived by Philip Morris USA.

DATED: January 19, 2005

*Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

**Submitted by:**

HELLER EHRMAN WHITE & McAULIFFE LLP

By: *Michael J. Lawrence*
Michael J. Lawrence

Counsel for Plaintiff
PHILIP MORRIS USA INC.

# PROOF OF SERVICE

I, Trisha Miller, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Heller Ehrman White & McAuliffe, LLP, 601 South Figueroa Street, 40th Floor, Los Angeles, CA 90017-5758. On January 14, 2005, I served the within document(s):

**[PROPOSED] JUDGMENT**

☒ by causing personal delivery by First Legal Attorney Services, Inc. of the document(s) listed above to the person(s) at the address(es) indicated. A Proof of Personal Service by the First Legal employee making such personal service is:

attached to this document, or ☒ will be filed with the Court.

☐ by personally delivering the document(s) listed above to the person at the address set forth below.

Sam Xiong-Jie Wu, Esq.
Law Offices
55 S. Raymond Avenue #301
Alhambra, CA 91801

☒ *(Federal)* I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 14, 2005, at Los Angeles, California.

_____
Trisha Miller